IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 MAR 31  AM 11: 56
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY

| | |
|---|---|
| DYNAMIC 3D GEOSOLUTIONS, LLC, § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> EMERSON ELECTRIC CO.; EMERSON § <br> PROCESS MANAGEMENT LLLP; § <br> ROXAR, INC.; AND ROXAR AS, § <br> DEFENDANTS. § | CAUSE NO. A-14-CV-526-LY |

## ORDER

Before the court are the Motion to Dismiss of Emerson Electric Co., Emerson Process Management LLLP, and Roxar, Inc. filed July 1, 2015 (Doc. #10); Plaintiff's Response in Opposition to Defendants Emerson Electric Co., Emerson Process Management LLLP, and Roxar, Inc.'s Motion to Dismiss filed July 15, 2014 (Doc. #32); and Defendants Emerson Electric Co., Emerson Process Management LLLP, and Roxar, Inc.'s Reply in Support of their Motion to Dismiss filed July 22, 2014 (Doc. #34). Relying and incorporating in its entirety Defendants Schlumberger Limited (Schlumberger N.V.), Schlumberger Holdings Corporation, and Schlumberger Technology Corporation's motion to dismiss filed in a related case before this court, Doc. Nos. 19, 29, 32, 35, and 42 in *Dynamic 3D Geosolutions LLC v. Schlumberger Ltd. et al.*, Cause No. 1:14-CV-112-LY, the Defendants' motion seeks to dismiss Plaintiff's complaint with prejudice on the ground that the asserted patent is invalid for failing to claim patent-eligible subject matter. On this same date, the court rendered a Final Judgment in Cause No. 1:14-CV-112-LY, terminating the Schlumberger Defendants' motion to dismiss. Therefore,

**IT IS ORDERED** that the Motion to Dismiss of Emerson Electric Co., Emerson Process Management LLLP, and Roxar, Inc. filed July 1, 2015 (Doc. #10) is **DISMISSED WITHOUT PREJUDICE** to refiling to urge specific grounds for dismissal germane to Defendants in this case.

SIGNED this _31st_ day of March, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE